20158. FERGUSON v. THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence, and the grounds of the amendment to the motion for a new trial fail to disclose reversible error.

Judgment affirmed. *Luke and Bloodworth, JJ., concur.*

DECIDED JANUARY 14, 1930.

*Joseph M. Lang,* for plaintiff in error.
*John C. Mitchell, solicitor-general,* contra.